# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2445
LT Case No. 2016-305286-CFDB

_____

MARK FUGLER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
Karen Adams Foxman, Judge.

Jason T. Forman, of the Law Offices of Jason T. Forman, P.A.,
Fort Lauderdale, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kristen L.
Davenport, Assistant Attorney General, Daytona Beach, for
Appellee.

June 30, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and EISNAUGLE and BOATWRIGHT, JJ., concur.

—————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

—————————————————————